# FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 42 U.S.C. 2000e-16(b) and (c); 29 U.S.C. 204(f) and 206(d); 29 U.S.C. 633(a); 29 U.S.C. 791; Reorg. Plan No. 1 of 1978, 43 FR 19607 (May 9, 1978); E.O. 12106, 44 FR 1053 (January 3, 1979).

**PRINCIPAL PURPOSE(S):** Information is collected in order to counsel, investigate and adjudicate complaints of employment discrimination and related appeals brought by applicants and current and former federal employees against federal employers.

**ROUTINE USE(S):** To disclose information to another federal agency, to a court, or to a party in litigation before a court or in an administrative proceeding being conducted by a federal agency when the government is a party to the judicial or administrative proceeding. To provide information to a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of that individual. To disclose to an authorized appeal grievance examiner, formal complaints examiner, administrative judge, equal employment opportunity investigator, arbitrator or other duly authorized official engaged in investigation or settlement of a grievance, complaint or appeal filed by an employee. To disclose, in response to a request for discovery or for appearance of a witness, information that is relevant to the subject matter involved in a pending judicial or administrative proceeding. For a complete list of routine uses, visit http://www.defenselink.mil/privacy/govwide/eeoc_govt-1.html.

**DISCLOSURE:** Voluntary; however, failure to complete all portions of this form may lead to dismissal of complaint on the basis of inadequate data on which to determine if complaint is acceptable for processing.

**RULES OF USE:** Rules for collecting, using, retaining, and safeguarding this information are contained in Privacy Act System Notice EEOC/Govt-1, entitled "Equal Employment Opportunity in the Federal Government Complaint and Appeal Records" available at http://www.defenselink.mil/privacy/govwide/eeoc_govt-1.html.

1. NAME OF COMPLAINANT *(Last, first, middle initial)*: Bell, Yolanda Y.

2. I.D. Number *(EEO Office use only)*:

3. DLA CASE Number *(EEO Office use only)*:

4a. HOME TELEPHONE NUMBER: 703-298-9498

4b. WORK TELEPHONE NUMBER:

5. HOME ADDRESS *(Include city, state, and ZIP Code)*: PO Box 2823 Manassas, VA 20108

6. DO YOU HAVE A REPRESENTATIVE? ☐ a. YES *(Complete Item 6c)* ☒ b. NO

c. IF YES, PROVIDE NAME, ADDRESS, AND TELEPHONE NUMBER OF REPRESENTATIVE *(Include city, state, and ZIP Code)*:

THIS REPRESENTATIVE IS ☐ IS NOT ☐ AN ATTORNEY.

7. NAME OF AGENCY AND ADDRESS WHERE ALLEGATIONS AROSE *(Include city, state, and ZIP Code)*:
DLA Human Resources Services Columbus
3990 E. Broad Street
Bldg 11, Section 3
Columbus, OH 43213

8. NAME AND LOCATION OF AGENCY ORGANIZATION WHERE YOU WORK:

9. DATE OF MOST RECENT ACT OF ALLEGED DISCRIMINATION *(MM/DD/YY)*: 10/28/2015

10. ARE YOU A FEDERAL EMPLOYEE OR APPLICANT?
☐ a. EMPLOYEE, GRADE, SERIES, TITLE
☐ b. FORMER FEDERAL EMPLOYEE, GRADE, SERIES, TITLE
☒ c. APPLICANT FOR EMPLOYMENT

11. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST ("X" below) Complete only those items below that are applicable to your complaint.

| | | | |
|---|---|---|---|
| | a. RACE *(State your race)*: ~~African American~~ | ☒ | e. DISABILITY *(Describe nature of your disability)*: ☒ PHYSICAL Chronic Fatigue Syndrome, Degenerative Disc, Carpel Tunnell ☒ MENTAL PTSD, Anxiety |
| | b. COLOR *(State your color)*: ~~Brown~~ | ☒ | f. AGE *(State your date of birth)*: 6-[redacted]1962 — g. SEX ☐ MALE ☐ FEMALE |
| | c. RELIGION *(State your religion)*: | ☒ | h. REPRISAL *(Date and nature of your participation in the processing of an EEO complaint or other EEO related activity)*: Prior EEO November 14, 2012 and January 11, 2013, May 2013, August 2013, January 31, 2014, April 8, 2014 |
| | d. NATIONAL ORIGIN *(State your National Origin)*: | | |

12. I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR *(See last page)*: ☒ a. YES *(Complete 12c)* ☐ b. NO

12c. IF "YES," NAME AND TELEPHONE NUMBER OF COUNSELOR: Ms. Liza Tom, 614-692-6671

12d. DATE YOU FIRST ASKED TO SEE EEO COUNSELOR: 11/30/2015

13. DATE RECEIVED NOTICE OF RIGHT TO FILE: 01/06/2016

# FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT

14. TELL BRIEFLY HOW YOU WERE DISCRIMINATED AGAINST. INCLUDE THE DATE OF EACH ALLEGED DISCRIMINATORY INCIDENT. *(That is, tell how you were treated differently from other employees or applicants because of your race, color, religion, sex, national origin, age, mental or physical disability or reprisal.) (If your complaint involves more than one allegation of discrimination, list and number each such allegation separately. Tell what happened, who was involved and when it happened. (Use additional sheets, if necessary.)*

Reprisal, Age, and Disability Discrimination

On October 28, 2015 complainant was subjected to reprisal, age, and disability discrimination by DLA when DLA Human Resources issued to her a non selection notification for the DLA Position of Contract Specialist GS-13, Vacancy Number DLALndMartm-15-1525648-MP.

15. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT? *(If more than one claim is being made, state overall corrective action desired and the specific corrective action desired for each separate claim.*

- Position frozen while new fair, non-retaliatory and impartial recruitment procedures are conducted.
- Remedy for all consequences

| | |
|---|---|
| 16. HAVE ANY OF THE INCIDENTS LISTED IN ITEM 14 BEEN APPEALED TO THE U.S. MERIT SYSTEMS PROTECTION BOARD (MSPB) OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE?<br>☐ a. YES Explain. *(Include date and MSPB Docket No.)*<br>☒ b. NO | 17. SIGNATURE OF COMPLAINANT<br>[signature] |
| | 18. DATE COMPLAINT SIGNED BY COMPLAINANT *(MM/DD/YY)*<br>01/21/2016 |
| | 19. DATE COMPLAINT FILED *(EEO OFFICE USE ONLY)* |

# INFORMATION CONCERNING DISCRIMINATION COMPLAINT PROCESSING UNDER TITLE 29 CFR PART 1614

1. This form is for your use if you are a federal employee, former employee or an applicant for federal employment and believe you have been discriminated against because of your race, color, religion, sex, national origin, age *(40 and above)*, disability, and/or reprisal. Before filing a formal complaint, you must first have presented the matter for informal resolution to an Equal Employment Opportunity *(EEO)* counselor within 45 CALENDAR DAYS of the date of the alleged discriminatory event, the effective date of an alleged discriminatory personnel action or the date you knew or reasonably should have known of the discriminatory event or personnel action.
2. Your formal complaint must be filed within 15 CALENDAR DAYS from the date you receive notice of right to file a discrimination complaint from the EEO counselor. It must contain a signed statement from you or your attorney identifying your name, the agency and describe generally the action(s) or practice(s) that form the basis of your complaint. It must also contain a telephone number and address where you or your representative can be reached.
3. The time limits for filing may be extended by the agency if you can show that you were not notified of the time limits or were not otherwise aware of them, or that you were prevented by circumstances beyond your control from submitting the matter within the time limits, or for other reasons considered sufficient by the agency.
4. If you need help in preparing your complaint, you may contact the agency's EEO office or the EEO counselor. You may also secure help from a representative of your choice.
5. A complaint is deemed filed on the date it is received, if delivered to an appropriate official, or on the date postmarked if addressed to an appropriate official designated to receive complaints.
6. You may have a representative of your own choosing at all stages in the complaint process. You must notify the agency immediately if you retain a representative.
7. Your complaint or an amendment to your complaint will be acknowledged in writing.
8. You can request alternative dispute resolution (ADR) anytime during the formal complaint process by contacting any representative of the EEO office processing your complaint. If the Equal Employment Manager agrees to offer you ADR, the ADR method used will be coordinated by the EEO Specialist processing your formal complaint.
9. If your complaint, or any claim in the complaint, is dismissed on procedural grounds, you will receive a written notice of dismissal which will provide your rights to appeal and/or file a civil action concerning the dismissal.
10. If your complaint is accepted, it will be investigated by an investigator who is not under the jurisdiction of the head of that part of the agency in which the alleged discrimination took place. Based on information developed during the investigation, you will receive a copy of the investigative report and notice of (a) the right to request a hearing conducted by an Administrative Judge appointed by the U.S. Equal Employment Opportunity Commission *(EEOC)* who will render a decision to the agency, followed by a final action from the agency, or (b) the right to a complete review and final agency decision without a hearing. A request for a hearing must be made directly to the EEOC within 30 CALENDAR DAYS OF RECEIPT of the Report of Investigation and notice of rights. A request for a final agency decision without a hearing must be made to the EEO Office within 30 CALENDAR DAYS OF RECEIPT of the Report of Investigation and notice of rights.
11. The agency is required to conduct an impartial investigation of your complaint within 180 calendar days of the filing date, unless you agree in writing to extend the time period for up to an additional 90 calendar days. You will be notified if it becomes necessary to ask for your agreement to extend the investigation period beyond the initial 180 calendar day period. You are not obligated to agree to extend the investigation period. If the 180 calendar day investigation period has elapsed and you have not agreed in writing to an extension, you may either (a) request a hearing before an Administrative Judge appointed by the EEOC or (b) request a final agency decision or (c) elect to file a civil action in a U.S. District Court.
12. You may amend a pending EEO complaint at any time prior to the conclusion of the investigation to add claims like or related to those raised in the complaint. After requesting a hearing, you may file a motion with the Administrative Judge to amend a complaint to include claims like or related to those raised in the pending complaint.
13. If settlement is reached, the terms of the agreement will be reduced to writing and signed by all parties to the complaint. Copies will be provided to you and the management official(s) responsible for carrying out the settlement.
14. If you fail to request a final agency decision, with or without a hearing, within 30 CALENDAR DAYS OF RECEIPT of the Report of Investigation and notice of rights, a final agency decision will be issued based on the information in the record.
15. If you are dissatisfied with the final agency decision, you may appeal to the EEOC, Office of Federal Operations *(OFO)* within 30 CALENDAR DAYS after receipt of the final agency decision. An appeal shall be deemed filed on the date it is postmarked, or in the absence of the postmark, on the date it is received by the EEOC. Any statement or brief in support of the appeal must be submitted to the EEOC, OFO and to the agency within 30 CALENDAR DAYS of filing the appeal. Instead of an appeal to EEOC, you may file a civil action in the appropriate federal district court within 90 CALENDAR DAYS of receipt of the final agency decision.
16. If the agency has not issued a final agency decision on a complaint within 180 days of the filing date, or if OFO has not rendered a final decision within 180 days of your appeal to that office, you may file a civil action in the appropriate federal district court. Filing a civil action in court terminates the administrative processing of the complaint or appeal.

NOTICE CONCERNING AGE DISCRIMINATION COMPLAINTS

17. Special procedures apply to age discrimination complaints and the timeframes for filing a civil action in federal district court may not be the same as shown above. Contact the EEO Office for additional information.

**IF FURTHER EXPLANATION IS NECESSARY, REFER TO 29 CFR PART 1614, EEOC MANAGEMENT DIRECTIVE 110, OR CONTACT THE EEO OFFICE.**