## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YOLANDA BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-01498 (RC) |
| ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Pending is the Motion Dismiss (ECF No. 11) filed by Defendant, the Department of Defense.  Because consideration of Defendant's Motion could potentially dispose of the case, Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) (per curiam), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  Such "notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, this Court's local rules concerning dispositive motions state: "[w]ithin 14 days of the date of service or as such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." LCvR 7(b).  Furthermore, the Court may treat as conceded any unopposed arguments a defendant has advanced in support of its motion. *See Hopkins v. Women's Div., General Bd. of Global Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003),

1

*aff'd*, 98 Fed. Appx. 8 (D.C. Cir. 2004) (citing *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997) (other citation omitted)).

The Court hereby advises Plaintiff of her obligations under the Federal Rules of Civil Procedure and the Local Civil Rules. If she fails to submit a memorandum responding to Defendant's Motion, the Court may treat the Motion as conceded, grant the Motion, and dismiss the Complaint against Defendant.  If she complies with her obligations under the Federal and Local Rules, she is advised that when the Court rules on Defendant's Motion, the Court will take into consideration the facts proffered in the Complaint, along with any response or opposition to Defendant's Motion.  Given the Plaintiff's *pro se* status, the Court will allow her additional time to respond.  *See* Fed. R. Civ. P. 6(a)(1), (d); LCvR 7(b).

Accordingly, it is hereby **ORDERED** that Plaintiff shall respond to the Defendant's Motion to Dismiss on or before **November 30, 2018**.  If Plaintiff neither responds nor moves for an extension of time by that date, the Court may treat the Motion as conceded and dismiss the Plaintiff's Complaint.

**SO ORDERED.**


_____/s/_____
RUDOLPH CONTRERAS

Date:   October 30, 2018          United States District Judge