UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YOLANDA BELL,<br>P.O. BOX 2823<br>MANASSAS, VA 20108<br>        Plaintiff,<br><br>v.<br><br>JAMES MATTIS, Secretary<br>DEPARTMENT OF DEFENSE<br>1000 DEFENSE PENTAGON<br>WASHINGTON, DC<br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 18-1498 RC<br><br><br><br><br>DATE: December 28, 2018 |

## MOTION TO WITHDRAW

    Plaintiff respectfully submits this Motion to Withdraw the above cited complaint filed with this Court on June 25, 2018. Plaintiff has consulted with counsel and given she has other claims she is pursuing has chosen to voluntarily withdraw this claim and focus on them. Plaintiff was unable to confer with Defendant counsel because they are Furloughed due to the government shutdown.

    Plaintiff declares under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

                                        Respectfully Submitted

                                        _____/s/_____
                                        Yolanda Bell, Pro Se
                                        PO Box 2823,
                                        Manassas, VA 20108
                                        703-298-9498
                                        y.bell.court@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing MOTION TO WITHDRAW was served via ECF to the following:

<u>Addressee</u>
Denise M. Clark, D.C. Bar 479149
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6605
Denise.Clark@usdoj.gov

Dated: December 28, 2018          ___/s/_____
                                  Yolanda Bell
                                  P.O. Box 2823
                                  Manassas, Virginia 20108
                                  703-298-9498
                                  y.bell.court@gmail.com