UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YOLANDA BELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-cv-1498 (RC) |
| ) | |
| **DEPARTMENT OF DEFENSE,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In light of the Motion to Withdraw Complaint filed by Plaintiff, ECF No. 14, this action is hereby DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date: January 16, 2019

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge